MIKE SPANO
MAYOR

MICHAEL V. CURTI
CORPORATION COUNSEL



CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT OF LAW

September 30, 2015

Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601

Via Fax   914-390-4278



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-1-15

Your Honor:

    Kindly Order the Clerk to remove my appearance from the following cases as I am no longer employed by the City of Mount Vernon.

7:12-cv-05849-CS Fraser-Aitkens v. City of Mount Vernon et al - Representing City of Mount Vernon, D'Amore, Disalvo, Garcia, Leli, Marren

7:13-cv-05557-CS Sudu v. The City of Mt. Vernon et al - Representing Richard Castelhano, Daniel Ibanez, The City of Mt. Vernon

7:14-cv-05473-CS Marrow v. The City of Mount Vernon et al - Representing MVPD Officer 1, MVPD Officer 2, The City of Mount Vernon, The City of Mt. Vernon Police Department

    Thank you.

Very truly yours,

Hina Sherwani (HS 8283)

*The Clerk of Court is respectfully directed to terminate ~~attorney~~ Ms. Sherwani as counsel in the above-listed cases.*

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 9/30/15