RICHARD THOMAS
MAYOR

LAUREN P. RAYSOR
CORPORATION COUNSEL

ASSISTANT COUNSELS
TICHINA JOHNSON
LEE B. GORSON
JOHAN S. POWELL

LEGAL INVESTIGATOR
MICHAEL V. LENTINI

CITY OF MOUNT VERNON, NEW YORK
DEPARTMENT OF LAW
CITY HALL
ONE ROOSEVELT SQUARE, MOUNT VERNON, NY 10550
(914) 665-2366 • Fax (914) 665-9142
WWW.CI.MOUNT-VERNON.NY.US

January 12, 2015

Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building & United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

*The Clerk of Court is respectfully directed to terminate Mr. Gorson as counsel for Defendants. Defendants have neither moved to dismiss, advised the Court that they are not moving (as directed), nor answered, and appear to be in default. That state of affairs should be remedied immediately.*

    Re:   *Marrow v. City of Mount Vernon*, 14-cv-05473 (CS)
           <u>Request for Removal of Name from Docket</u>

Dear Judge Seibel,

    Effective January 12, 2016, I will no longer be working for the City of Mount Vernon Department of Law, and will be moving on to other employment.

    Accordingly, I respectfully request that my appearance be removed from the docket in the above-referenced matter.

    Please let me know whether this office needs to take a further action in this respect, and I thank the Court for its consideration of this request.

SO ORDERED.

Respectfully submitted,

*/s/ Lee B. Gorson*

CATHY SEIBEL, U.S.D.J.

*1/12/16*

Lee B. Gorson (LG0516)
Assistant Corporation Counsel
City of Mount Vernon Department of Law
*Attorneys for Defendants*
One Roosevelt Square, Rm. 111
Mount Vernon, New York 10550

cc:    (via CM/ECF)
       All Counsel of Record