UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
COREY MARROW,

                            Plaintiff,                               **Case No.**
                                                                              **14 CV 05473 (CS)(JCM)**

-against-                                                           **ANSWER**

THE CITY OF MOUNT VERNON, a municipal entity,
MVPD OFFICERS 2-4, MVPD POLICE OFFICERS
"JOHN DOE 1-6" POLICE OFFICER MICHAEL
GREGORIO, POLICE OFFICER KENNETH BRUCE,
POLICE OFFICER JOANNA SANTOS, AND POLICE
SERGEANT STEVEN SEXTON,

                            Defendants.
------------------------------------------------------------------------X

Defendants, THE CITY OF MOUNT VERNON, a municipal entity, MVPD OFFICERS 2-4, MVPD POLICE OFFICERS"JOHN DOE 1-6" POLICE OFFICER MICHAEL GREGORIO, POLICE OFFICER KENNETH BRUCE, POLICE OFFICER JOANNA SANTOS, AND POLICE SERGEANT STEVEN SEXTON, by and through the City of Mount Vernon Office of the Corporation Counsel, answering the Plaintiff's Amended Complaint alleges, upon information and belief:

## PRELIMINARY STATEMENT

1. Denies the truth of each and every allegation contained in paragraph numbered "1" of the Complaint and respectfully refers all questions of law to the Court.

## JURISDICTION

2. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs numbered "2" and "3" of the Complaint and respectfully refers all questions of law to the Court.

## VENUE

3. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph numbered "4" of the Complaint and respectfully refers all questions of law to the Court.

## JURY DEMAND

4. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph numbered "5" of the Complaint and respectfully refers all questions of law to the Court.

## THE PARTIES

5. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph numbered "6" of the Complaint.

6. Admits the truth of each and every allegation contained in paragraph numbered "7" of the Complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs numbered "8", "9", "10", "11", "12", "13", "14", and "15" of the Complaint and respectfully refers all questions of law to the Court.

## FACTS COMMON TO ALL CLAIMS

8. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph numbered "16".

9. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph numbered "17" of the Complaint and respectfully refers all questions of law to the Court.

10. Denies the truth of each and every allegation contained in paragraph numbered "18" of the Complaint and respectfully refers all questions of law to the Court.

11. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs numbered "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", and "38" of the Complaint.

12. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs numbered "36" and "37" of the Complaint and respectfully refers all questions of law to the Court.

13. Denies the truth of each and every allegation contained in paragraphs numbered "39" of the Complaint and respectfully refers all questions of law to the Court.

## FIRST CLAIM FOR RELIEF

14. In response to paragraph "40" of the Complaint, Answering Defendants repeat and reallege as if fully set forth herein paragraphs "1" through "13".

15. Denies the truth of each and every allegation contained in paragraphs numbered "41", "42", "43", "44", "45", "46", and "47" of the Complaint and respectfully refers all questions of law to the Court.

## SECOND CLAIM FOR RELIEF

16. In response to paragraph "48" of the Complaint, Answering Defendants repeat and reallege as if fully set forth herein paragraphs "1" through "15".

17. Denies the truth of each and every allegation contained in paragraphs numbered "49", "50", "51", "52", "53" and "54" of the Complaint and respectfully refers all questions of law to the Court.

## THIRD CLAIM FOR RELIEF

18. In response to paragraph "55" of the Complaint, Answering Defendants repeat and reallege as if fully set forth herein paragraphs "1" through "17".

19. Denies the truth of each and every allegation contained in paragraphs numbered "56", "57", "58", "59", and "61" of the Complaint and respectfully refers all questions of law to the Court.

20. Denies the truth of each and every allegation contained in paragraph numbered "60" of the Complaint.

## FOURTH CLAIM FOR RELIEF

21. Paragraphs "62", "63", "64", "65", and "66" of the Complaint were withdrawn by Plaintiff.

## FIFTH CLAIM FOR RELIEF

22. In response to paragraph "67" of the Complaint, Answering Defendants repeat and reallege as if fully set forth herein paragraphs "1" through "21".

23. Denies the truth of each and every allegation contained in paragraphs numbered "68", "69", and "71" of the Complaint and respectfully refers all questions of law to the Court.

24. Denies the truth of each and every allegation contained in paragraph numbered "70" of the Complaint.

## SIXTH CLAIM FOR RELIEF

25. In response to paragraph "72" of the Complaint, Answering Defendants repeat and reallege as if fully set forth herein paragraphs "1" through "24".

26. Denies the truth of each and every allegation contained in paragraphs numbered "73", "74", and "75" of the Complaint and respectfully refers all questions of law to the Court.

## SEVENTH CLAIM FOR RELIEF

27. In response to paragraph "76" of the Complaint, Answering Defendants repeat and reallege as if fully set forth herein paragraphs "1" through "26".

28. Denies the truth of each and every allegation contained in paragraphs numbered "77", "78", "79", "80", and "82" of the Complaint and respectfully refers all questions of law to the Court.

29. Denies the truth of each and every allegation contained in paragraph numbered "81" of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

If the plaintiff sustained damages as alleged in the complaint, which is expressly denied by these answering defendants, then such damages were caused in whole or in part by the culpable conduct of the plaintiff. The amount of damages otherwise recoverable, if any, shall therefore be diminished in the proportion of fault attributable to plaintiff.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

If the plaintiff sustained damages, as alleged in the complaint, other than by reason of his own culpable conduct and comparative negligence, which is expressly denied by Defendants, then such injuries and damages were caused in whole or in part by the culpable conduct of some third person or persons over whom the defendants exercised no control.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Defendants acted in good faith and without the intent to violate plaintiff's civil rights.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Any and all officers named in this suit are protected from suit by the doctrine of qualified immunity.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Any and all officers named in this suit are protected from suit by the doctrine of absolute immunity.

### AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's constitutional and statutory rights were not violated by the defendants.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

The actions of the Defendants were justified under the circumstances.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover punitive damages against the Defendants because the conduct alleged did not rise to the level of culpable conduct that would support such a claim.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

The officers had probable cause to search and seize the Plaintiff.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

The officers had arguable probable cause.

### AS AND FOR A TWELVETH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover punitive damages against THE CITY OF MOUNT VERNON, a municipal entity, MVPD OFFICERS 2-4, MVPD POLICE OFFICERS"JOHN DOE 1-6" POLICE OFFICER MICHAEL GREGORIO, POLICE OFFICER KENNETH BRUCE, POLICE OFFICER JOANNA SANTOS, AND POLICE SERGEANT STEVEN

SEXTON or any other Officer of the Mount Vernon Police Department since his conduct did not rise to the level of morally culpable conduct that would support such a claim.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims against all answering Defendants are frivolous.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

There is no policy, custom, or practice in the City of Mount Vernon which caused a violation of the Plaintiff's constitutional rights, thus Plaintiff is not entitled to any relief under any Monell claims.

### AS AND FOR A FIFTHTEENTH AFFIRMATIVE DEFENSE

The City of Mount Vernon cannot be held liable based on respondent superior for the alleged violations of plaintiff's civil rights.

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims against the answering Defendants are frivolous.

**WHEREFORE,** Defendants, THE CITY OF MOUNT VERNON, a municipal entity, MVPD OFFICERS 2-4, MVPD POLICE OFFICERS"JOHN DOE 1-6" POLICE OFFICER MICHAEL GREGORIO, POLICE OFFICER KENNETH BRUCE, POLICE OFFICER JOANNA SANTOS, AND POLICE SERGEANT STEVEN SEXTON, demand judgment dismissing the Complaint in its entirety, or in the event defendants are adjudged liable, granting judgment over or apportioning such liability in accordance with its equitable share of responsibility and awarding the costs of this action, together with such other and further relief as this Court deems just and proper

Dated: Mount Vernon, New York
January 26, 2016

                                     Yours, etc.,

                                     Office of the Corporation Counsel
                                     Attorney for Defendant
                                     The City of Mount Vernon
                                     Office and PO Address
                                     One Roosevelt Square
                                     Mount Vernon, New York 10550

                                     By: Tichina L. Johnson (TJ2515)
                                         Assistant Corporation Counsel

To:
David A. Thompson, ESQ (DT3991)
Stecklow Cohen & Thompson
217 Centre Street, 6th Floor
New York, New York, 10013
(212) 566-8000
(212) 202-4952 (fax)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

---

COREY MARROW,

                    Plaintiff

-Against-

THE CITY OF MOUNT VERNON, a municipal entity,
MVPD OFFICERS 2-4, MVPD POLICE OFFICERS
"JOHN DOE 1-65" POLICE OFFICER MICHAEL
GREGORIO, POLICE OFFICER KENNETH BRUCE,
POLICE OFFICER JOANNA SANTOS, AND
POLICE SERGEANT STEVEN SEXTON

                    Defendants

---

# ANSWER

---

**OFFICE OF THE CORPORATION COUNSEL**
*Attorney for*
*Office and Post Office Address*
City Hall – Roosevelt Square
Mount Vernon, New York 10550
Telephone No. (914) 665-2366

---

Service of copy of the within                                             is hereby admitted.

Dated,                                                     _____
                                                          Attorney(s) for

---

**PLEASE TAKE NOTICE**

☐   NOTICE OF     *that the within is a (certified) true copy of*                                     *2015*
       ENTRY          *entered in the office of the clerk of the within named court on*

☐   NOTICE OF     *that an Order of which the within is a true copy will be presented for settlement to the Hon.*
       SETTLEMENT                                                     *one of the judges of the within named Court,*
                                  *at*
                                  *on*       *2015,*       *at*         M.

       *Dated:*

                                                                      Office of the
                                                                    Corporation Counsel
                                      *Attorney for*                  *Defendant City of Mount Vernon*
                                                                    City Hall
                                                                    Mount Vernon, New York 10550

                        To
                        Attorney(s) for