# DAVID A. THOMPSON
# STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

August 5, 2016

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150
VIA CM/ECF

> RE: Corey Marrow v. City of Mount Vernon, et al.; 14 CV 5473 (CS)
> Joint Letter Motion for a Three Month Extension of Discovery Deadlines and Adjournment of September 9, 2016 Status Conference

Dear Judge Seibel:

I represent the plaintiff in the above-referenced matter. In accordance with Your Honor's Individual Rules, I write jointly with defendants' counsel to respectfully request an extension of the discovery deadlines. I apologize for not writing sooner, but back to back I had an appellate briefing to the Second Circuit, and a trial; defense counsel, Ms. Johnson, was away from the office, and the parties were unable to schedule depositions prior to the end of July.

The parties are in the midst of exchanging discovery, but require additional time to complete depositions and expert discovery. As such, the parties respectfully request a three month extension of all discovery deadlines with the following proposed deadlines:

| DUE DATE | DESCRIPTION | PROPOSED DEADLINE |
| --- | --- | --- |
| 7/29/16 | All fact discovery shall be completed | 10/29/16 |
| 7/29/16 | All fact depositions shall be completed | 10/29/16 |
| 7/29/16 | Requests to Admit, if any, are to be served by | 10/29/16 |
| 8/26/16 | All expert discovery is to be completed by | 11/26/16 |

Please note that the parties have not previously sought an extension of the discovery deadlines.

The parties also respectfully request that the September 9, 2016 status conference before Your Honor be adjourned until after the conclusion of expert discovery.

Thank you in advance for your consideration.

Respectfully submitted,

David A. Thompson (DT3991)     &     Tichina L. Johnson (TJ 2515)

Sincerely,

*David Thompson*
David Thompson