# Exhibit A

## RE: Marrow v. City

**Johnson, Tichina**
**Sent:** Tuesday, October 11, 2016 10:02 AM
**To:** David Thompson [dthompson@SCTLaw.NYC]
**Cc:** Puma, Cherylnn

David,

I just got your email. I knew you sent discovery demands, but I did not notice anything regarding an EBT. Also, I am working on the discovery. The office was closed yesterday, so I did not know about this supposed EBT. I get my emails, but I prefer if you also send the documents via mail.

Tichina L. Johnson
Assistant Corporation Counsel
Law Department
City of Mount Vernon
Phone: 914-665-2371
Fax: 914-665-9142
Email: tljohnson@cmvny.com
"The City of Hope"

**From:** David Thompson [dthompson@SCTLaw.NYC]
**Sent:** Monday, October 10, 2016 3:40 PM
**To:** Johnson, Tichina; Johnson, Tichina
**Subject:** Re: Marrow v. City

I have not heard from you concerning whether your witnesses will appear at my office for their noticed depositions. Please let me know asap whether I should cancel the court reporter for tomorrow or not. Please note that, in my voice mail message, I erroneously stated that the first deposition was Wednesday. As the attached notices state, the first depositions are scheduled for tomorrow.

David Thompson
Stecklow & Thompson
217 Centre Street, 6th Floor
New York, N.Y. 10013
Phone: (212) 566-8000
Fax:    (212) 202-4952

**From:** David Thompson
**Sent:** Friday, October 07, 2016 8:55 PM
**To:** tljohnson@cmvny.com; tljohnson@ci.mount-vernon.ny.us
**Subject:** Marrow v. City

Hi:

Please see the attached letter and deposition notice.

Regards,

David Thompson
Stecklow & Thompson
217 Centre Street, 6th Floor
New York, N.Y. 10013
Phone: (212) 566-8000
Fax:    (212) 202-4952