# Exhibit B

# Heroin: 4 charged with dealing in Mount Vernon

**Staff reports**   *4:33 p.m. EDT October 12, 2016*

*They are alleged to have been selling drugs in the city since at least late 2014.*



(Photo: Ingram Publishing, Getty Images/Ingram Publishing)

MOUNT VERNON - Four men have been arrested in connection with what authorities charge was a conspiracy to distribute heroin, cocaine and crack cocaine in and around Mount Vernon.

The arrests were first announced late Tuesday by Mayor Richard Thomas, who called them "a takedown of a gang that has been plaguing our streets for years."

"These men are responsible for much of the drugs, crime and violence that have been hurting the people of Mount Vernon for a long time," he said.

**HEROIN: Feds charge man in White Plains death (/story/news/crime/2016/10/12/heroin-charges-white-plains-death/91941782/)**

The investigation was conducted by the Federal Bureau of Investigation in collaboration with the Mount Vernon Police Department and Westchester County police, officials said.

Those charged were identified by authorities as Mount Vernon residents Corey Marrow, 25, also known as "C.J." and "M."; Kraig Utley, 28, also known as "Kritter"; Ronald Hechavarria, 26, also known as "Yuyu"; and Julien Rene, 27, also known as "Jules" and "Ls."

Marrow and Utley are alleged in court paperwork to have been the leaders of the conspiracy, while Hechevarria and Rene are alleged to have been mid-level dealers who got heroin from Marrow and Utley and then re-sold the drug to individual customers.

"Charging documents indicate these individuals have been selling and distributing drugs in Mount Vernon since at least November 2014," Mount Vernon officials said. "The investigation remains active."

According to an affidavit filed in the case by FBI Special Agent Adam McNeil, the investigation began in May and included wiretaps and at least two cooperating informants who allegedly served as mid-level dealers, buying drugs in bulk from Marrow and Utley to re-sell to users.

McNeil said Utley, Marrow and their customers "often used coded language when referring to the quantity of narcotics to be purchased," including calling the number of bundles "times" or "feet."

"For example, `40 feet' would refer to forty individual units, or four bundles, of heroin," he wrote. "For cocaine, customers would typically specify a dollar amount, such as '20 of a girl,' to indicate twenty dollars' worth of powdered cocaine. The terms 'girl,' 'candy,' 'hard,' and 'soft' referred to the form of cocaine the customers wanted to purchase. 'Hard' and 'candy' referred to crack cocaine and 'girl' or 'soft' referred to powdered cocaine."

Court records indicate Marrow was arrested last Wednesday and that Utley and Hechavarria were arrested last Thursday. All three appeared in court on that Thursday and appear to still be in custody.

Rene made his first appearance in court Tuesday and remained detained Wednesday. However, a judge did set release conditions in his case, including requiring he post a $50,000 personal recognizance bond and meet strict home monitoring conditions, according to those records. A spokeswoman for the U.S. Attorney's office said he had not met those conditions yet.

Read or Share this story: http://lohud.us/2es4G1f

NEW ROCHELLE
47 Cedar Street New Rochelle, NY 10801
Visit website or call (914) 595-4591
Tax, tag, title, registration, and $75 doc fee additional
OUR BEST OFFER
New 2017 Toyota Camry LE 4dr Car Automatic Regular Unleaded I-4 2.5 L/152 4-cyl engine
See Current Inc
View Now
$24,129!
SUBSCRIBE NOW (HTTP://SUBSCRIBE.LOHUD.COM/PRODUCTID=3762599&GPS-SOURCE=BENBAROCTOBER&UTM EXCHANGE&UTM_CAMPAIGN=9
DIGITAL ACCESS FOR ONLY $9.99/YEAR