# Exhibit C

# RE: Corey Marrow

**Johnson, Tichina**
**Sent:** Wednesday, October 12, 2016 4:07 PM
**To:** Puma, Cherylnn; dthompson@SCTLaw.NYC
**Cc:** Johnson, Brian
**Attachments:** Corey Marrow - Journal New~1.pdf (441 KB)

Dave:

Please see the attached newspaper article regarding your client's arrest. It appears that Mr. Marrow has been incarcerated since last week? Is that true? Do you know where he is, so I can ask for permission to depose him? Do you know if he is getting out soon? I would like to seek a brief extension of discovery based on your client's incarceration. Let me know if you are amenable to such as soon as possible.

Thanks,

Tichina

Tichina L. Johnson
Assistant Corporation Counsel
Law Department
City of Mount Vernon
Phone: 914-665-2371
Fax: 914-665-9142
Email: tljohnson@cmvny.com
"The City of Hope"

**From:** Johnson, Tichina
**Sent:** Tuesday, October 11, 2016 6:26 PM
**To:** Puma, Cherylnn; dthompson@SCTLaw.NYC
**Cc:** Johnson, Brian
**Subject:** RE: Corey Marrow

Dave:

Please see the defendants' Rule 26(a) disclosure previously disclosed in April 2015.

Tichina L. Johnson
Assistant Corporation Counsel
Law Department
City of Mount Vernon
Phone: 914-665-2371
Fax: 914-665-9142
Email: tljohnson@cmvny.com
"The City of Hope"

**From:** Puma, Cherylnn
**Sent:** Tuesday, October 11, 2016 4:49 PM
**To:** dthompson@SCTLaw.NYC
**Cc:** Johnson, Tichina; Johnson, Brian
**Subject:** Corey Marrow

Dear Mr. Thompson,

I apologize.. Long day.. Please see the attached Documents for the matter referenced above.