Case 7:14-cv-05473-CS Document 30-1 Filed 10/17/16 Page 1 of 2



USPS Priority Mail Express label

FROM: C. Tyat MT Vernon
Corporation Counsel
1 Roosevelt Square
MT. Vernon, New York 10550
PHONE: (914) 665-2366

TO: David A. Thompson
Stecklow & Thompson
217 Center Street, 6th Floor
New York, New York 10013

PO ZIP Code: 10199
Scheduled Delivery Date: 10/14
Date Accepted: 10/13
Time Accepted: 10 AM
Weight: 1 lb 0 oz
Flat Rate
Total Postage & Fees: $22.45

EL 137940225 US

LABEL 11-B, SEPTEMBER 2015

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( 914 ) 665-2366

City of Mt. Vernon
Corporation Counsel
1 Roosevelt Square
Mt. Vernon, New York 10550

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No. _____   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )

David A. Thompson
Sterklow & Thompson
217 Center Street, 6th Floor
New York, New York 10013

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 10199
Scheduled Delivery Date (MM/DD/YY): 10/14
Scheduled Delivery Time: ☒ 10:30 AM  ☐ 12 NOON  ☐ 3:00 PM
Postage: $
Date Accepted (MM/DD/YY): 10/13/16
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
Time Accepted: ☐ AM ☐ PM
Sunday/Holiday Premium Fee: $
Insurance Fee: $
COD Fee: $
Weight: ___ lbs ___ oz  ☐ Flat Rate
Acceptance Emp. Initials: 
Total Postage & Fees: $ 22.45
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   1-ORIGIN POST OFFICE COPY

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

EL 137940225 US

PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

