# Re: Marrow v. City

**David Thompson**
Tue 10/11/2016 2:23 PM

To: Johnson, Tichina <tljohnson@ci.mount-vernon.ny.us>;
Cc: Puma, Cherylnn <CPuma@ci.mount-vernon.ny.us>;

1 attachments (2 MB)
2016-09-09 Email Corey Marrow v. City of Mount Vernon, et al.pdf;

Actually, what I sent you on September 9, 2016 contained two deposition notices for today, and two for tomorrow (see copy attached).  I sent a hard copy by first class mail.   This wouldn't be the first time the dog ate something I sent to your office in paper form, which is why I also send everything by email.

Please let me know a date certain when you will provide the discovery responses.

As I mentioned in my voicemail, I am assuming that your witnesses are not attending their noticed depositions tomorrow.  If that is incorrect, please let me know and I will schedule the court reporter.  I will have to leave the depositions open, however, since I do not yet have any paper discovery from you.

David Thompson
Stecklow & Thompson
217 Centre Street, 6th Floor
New York, N.Y. 10013
Phone:  (212) 566-8000
Fax:     (212) 202-4952

---

**From:** Johnson, Tichina <tljohnson@ci.mount-vernon.ny.us>
**Sent:** Tuesday, October 11, 2016 10:07 AM
**To:** David Thompson
**Cc:** Puma, Cherylnn
**Subject:** RE: Marrow v. City

Also, in reviewing your initial demands, you have the EBT scheduled for the 12th.  Your Friday emails which I am just receiving now notice the EBT for today, the 11th.

Please give me a call ASAP to discuss.

Thanks,
Tichina

Tichina L. Johnson
Assistant Corporation Counsel
Law Department
City of Mount Vernon

Phone: 914-665-2371
Fax: 914-665-9142
Email: tljohnson@cmvny.com
"The City of Hope"
_____

From: Johnson, Tichina
Sent: Tuesday, October 11, 2016 10:02 AM
To: David Thompson
Cc: Puma, Cherylnn
Subject: RE: Marrow v. City

David,

I just got your email.  I knew you sent discovery demands, but I did not notice anything regarding an EBT.  Also, I am working on the discovery.  The office was closed yesterday, so I did not know about this supposed EBT.  I get my emails, but I prefer if you also send the documents via mail.

Tichina L. Johnson
Assistant Corporation Counsel
Law Department
City of Mount Vernon
Phone: 914-665-2371
Fax: 914-665-9142
Email: tljohnson@cmvny.com
"The City of Hope"
_____

From: David Thompson [dthompson@SCTLaw.NYC]
Sent: Monday, October 10, 2016 3:40 PM
To: Johnson, Tichina; Johnson, Tichina
Subject: Re: Marrow v. City


I have not heard from you concerning whether your witnesses will appear at my office for their noticed depositions. Please let me know asap whether I should cancel the court reporter for tomorrow or not.  Please note that, in my voice mail message, I erroneously stated that the first deposition was Wednesday.  As the attached notices state, the first depositions are scheduled for tomorrow.


David Thompson
Stecklow & Thompson
217 Centre Street, 6th Floor
New York, N.Y. 10013
Phone:  (212) 566-8000
Fax:     (212) 202-4952


_____

From: David Thompson
Sent: Friday, October 07, 2016 8:55 PM
To: tljohnson@cmvny.com; tljohnson@ci.mount-vernon.ny.us
Subject: Marrow v. City


Hi:

Please see the attached letter and deposition notice.

Regards,

David Thompson
Stecklow & Thompson
217 Centre Street, 6th Floor
New York, N.Y. 10013
Phone:  (212) 566-8000
Fax:     (212) 202-4952