

RICHARD THOMAS
MAYOR

LAWRENCE A. PORCARI
CORPORATION COUNSEL

CITY OF MOUNT VERNON, NEW YORK
DEPARTMENT OF LAW
CITY HALL
ONE ROOSEVELT SQUARE, MOUNT VERNON, NY 10550
(914) 665-2366 • FAX (914) 665-9142
WWW.CI.MOUNT-VERNON.NY.US

ASSISTANT COUNSELS
BRIAN G. JOHNSON
TICHINA L. JOHNSON
LA' TEEA M. GOINGS
JOHAN S. POWELL

LEGAL INVESTIGATOR
MICHAEL V. LENTINI

October 26, 2016

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150
VIA CM/ECF

RE:   **Corey Marrow v. City of Mount Vernon, et al. – 14-cv-5473 (CS)**
      Conflict Regarding October 27, 2016 Status Conference

Dear Judge Seibel:

I write in anticipation of tomorrow's status conference before Your Honor. Due to the revised discovery timeline ordered by Your Honor in Nunez v. City of Mount Vernon, et al., 14-CV-8530, the parties had to schedule a deposition for tomorrow at City Hall in Mount Vernon at the sametime the Marrow status conference is to occur. Because the parties were only able to confirm the deposition late this morning and the officer to be deposed is unable to testify on Friday, the last day of fact discovery in Nunez, I am unable to appear both appear in White Plains and defend a deposition. As such, Assistant Corporation Counsel Brian G. Johnson, Esq. will attend the status conference tomorrow on behalf of the City so as not to cause any further delay.

I sincerely apologize to both the Court and opposing counsel in advance for my non-appearance. Please note that I have sent this correspondence as soon as I could.

Respectfully submitted,

*[signature]*

Tichina Johnson, Esq. (TJ 2515)
Assistant Corporation Counsel


cc:   Brian G. Johnson, Esq.
      City of Mount Vernon – Law Department

      David Thompson, Esq.
      Stecklow & Thompson
      *Attorneys for Plaintiffs*
      VIA ECF

"THE CITY OF HOPE"